UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY, a/s/o Shangjen J. Chung & Sheiwei Hour,<br><br>                              Plaintiff,<br><br>     v.<br><br>BIO BIDET INNOVATION, LLC, d/b/a Bio Bidet By Bemis, an Illinois Corporation,<br><br>                              Defendants. | NO. 2:25-cv-00415-KKE<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the above-captioned parties, by and through their attorneys of record, and pursuant to FRCP 41(a)(1)(ii), and hereby stipulate to dismiss all claims in the above-captioned matter with prejudice and without costs.

DATED April 9, 2025

*/s/ Elizabeth G. Smith*
Elizabeth G. Smith, WSBA #28343
Attorneys for Plaintiff Nationwide General Insurance Company, a/s/o Shangjen J. Chung & Sheiwei Hour

Law Office of Elizabeth G. Smith
200 W. Mercer St., Suite E503
Seattle, WA 98119
smite21@nationwide.com
206-403-4810

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
No.  2:25-cv-00415-KKE

**LAW OFFICE OF ELIZABETH G. SMITH**
200 W Mercer St., Suite E503
Seattle, Washington 98119
(206) 403-4800

1

DATED April 9, 2025

*/s/ Jenna Poligo*
Jenna Poligo, WSBA #54466
Attorneys for Defendant Bio Bidet
Innovation, LLC

Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
jenna.poligo@stoel.com
206-624-0900

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims brought in the above-captioned matter are dismissed with prejudice and without costs.

The Clerk is instructed to close the case.

EXECUTED this April 10, 2025.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

*/s/ Elizabeth G. Smith*
Elizabeth G. Smith, WSBA #28343
Attorneys for Plaintiff Nationwide
General Insurance Company, a/s/o
Shangjen J. Chung & Sheiwei Hour

*/s/ Jenna Poligo*
Jenna Poligo, WSBA #54466
Attorneys for Defendant Bio Bidet
Innovation, LLC

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
No.  2:25-cv-00415-KKE

LAW OFFICE OF ELIZABETH G. SMITH
200 W Mercer St., Suite E503
Seattle, Washington 98119
(206) 403-4800

2